# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# No. 1:23-MC-20178-RAR/Becerra

| | |
|---|---|
| RODDY BOYD, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) |
| CORCEPT THERAPEUTICS, et al., | ) ) ) |
| Respondents. | ) ) |

## NOTICE OF WITHDRAWAL OF MOTION TO QUASH

After Corcept Therapeutics, Inc., Joseph K. Belanoff, Charles Robb, and Sean Maduck ("Respondents") issued a deposition subpoena to Petitioner Roddy Boyd relating to a securities fraud lawsuit pending in the U.S. District Court for the District of Northern California, Mr. Boyd moved to quash the deposition subpoena. (ECF No. 1.)  Counsel for Respondents has since informed counsel for Mr. Boyd that Respondents have withdrawn their deposition subpoena due to ongoing settlement negotiations in the underlying lawsuit.

Given that Respondents have withdrawn the deposition subpoena, Mr. Boyd thus withdraws his Motion to Quash.  Mr. Boyd's withdrawal of the Motion to Quash is made without prejudice to his right to contest any other subpoena issued to Mr. Boyd by any Respondent.

This the 13th day of February, 2023

                        Respectfully submitted,

                        THOMAS & LoCICERO PL

                        /s/ *James J. McGuire*
                        James J. McGuire (FBN 187798)
                        jmcguire@tlolawfirm.com
                        601 South Boulevard
                        Tampa, FL  33606
                        Telephone: (813) 984-3060
                        Facsimile: (813) 984-3070

                        and

                        Eric M. David (admitted pro hac vice)
                        Amanda S. Hawkins (admitted pro hac vice)
                        BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, L.L.P.
                        P.O. Box 1800
                        Raleigh, North Carolina 27602
                        Telephone: (336) 373-8850

                        *Attorneys for Non-Party Roddy Boyd*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served this day upon Corcept Therapeutics, Inc., Joseph K. Belanoff, Charles Robb, and Sean Maduck, or their legal counsel by electronic mail and in accordance with Federal Rule of Civil Procedure 5.

This the 13th day of February 2023.

                        /s/ *James J. McGuire*
                        James J. McGuire