UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MC-20178-RAR

**RODDY BOYD,**

    Petitioner,

v.

**CORCEPT THERAPEUTICS, INC.,
JOSEPH K. BELANOFF, CHARLES
ROBB, AND SEAN MADUCK**,

    Respondents.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Notice of Withdrawal of Motion to Quash [ECF No. 11], filed on February 13, 2023. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *without prejudice*. The Clerk is direct to **CLOSE** this case. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of February, 2023.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**